IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CASEY FRAKES, )<br>)<br>Defendant. )<br>) | CASE NO. 09-20059-JWL |

## GOVERNMENT'S EXHIBIT LIST

The United States of America by and through Lanny D. Welch, United States Attorney for the District of Kansas and Kim I. Martin, Assistant United States Attorney, submit the following attached list of exhibits for the government's case in chief in the above referenced matter.

Respectfully submitted,

LANNY D. WELCH
United States Attorney
District of Kansas

 s/Kim I. Martin
KIM I. MARTIN
Assistant United States Attorney
KS. S.Ct. #13407
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730
FAX: (913) 551-6541
kim.martin@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of July, 2009, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Michael R. Clarke**
Clarke & Wilson, LLC
1040 New Hampshire St.
Lawrence , KS 66044

I further certify that the foregoing document was mailed to the following:

None

       s/Kim I. Martin
       KIM I. MARTIN
       Assistant United States Attorney

## GOVERNMENT'S EXHIBIT SHEET

**United States vs. Casey Frakes**
Case No. 09-20059-JWL                                       GOVERNMENT EXHIBITS

| Exh. No. | Description | ID | Off | Adm | Witness |
|---|---|---|---|---|---|
| 1 | CD - Independence Police Department Capture | | | | |
| 2 | CD - Independence Police Department Received Videos | | | | |
| 3 | CD - Power Point Lime Wire | | | | |
| 4 | AT&T Internet Account Pam Frakes | | | | |
| 5 | IP Address Records | | | | |
| 6 | CD - PtHC Kimmy 14 Year Old New | | | | |
| 7 | CD - PtHC 9 Year Old Vicky Stripping and Sucking | | | | |
| 8 | CD - PJK 12 Year Old Boy Fucks 12 Year Old Girl pedo Boy Lolita | | | | |
| 9 | CD - Vicky Willing Bed Rape PtHC 11 Year Old | | | | |
| 10 | CP Many Girls From 12 Years Old to 14 years Old Having Sex Experiences Kiddie | | | | |
| 11 | CD pedo Vicky Compilation PtHC 10 Years Old Kiddie Reality Child | | | | |
| 12 | Defendant's Time Card - Long John Silvers for 3/12/08 | | | | |
| 13 | Defendant's Time Card - Snow Creek 3/12/08 | | | | |
| 14 | List of All Movies in Shared Directory | | | | |