Honorable Judge Lungstrum

I am Pam Frakes, Casey's mom. I have worked for the Steinlite Corporation for 24 years as Office Manager.

As I have never had to write a letter like this before, I am not quite sure what to say or how to convey to you what kind of person my son is so you might get some insight as to who he is.

Casey is a very loving and caring person. When all of this began, he was thinking of his family. He was concerned about what people would say and how they would treat us. It upset him tremendously that he caused this for his family. Before his trial started, Casey surprised the family with a gift we could all enjoy to thank everyone for their love and support.

During his trial, Casey put up a good front when inside he was scared. This did not keep him from trying to assure me that everything was going to be OK by looking at me with a smile and a wink.

Casey is a hard worker, intelligent, had a good job, and had a lot going for him. This experience has forever changed not only Casey's life, but our whole family's.

Casey could have plea-bargained his case, but instead he chose to put his trust in the justice system and his peers to decide his future and lost. We as his family also lost. We will never look at the justice system in the same way.

In closing, I just want to say that Casey is not a threat to society or to children. He is loved and missed by his family and has our complete support.

Thank you,

Pam Frakes

Honorable Judge

My name is Gary S. Frakes and I am Casey Frakes father. I have worked as a machinist for the same company for thirty years.

I want you to know that Casey is a hard worker, smart, and a caring man. He had never been in trouble with the law before his current situation.

Casey has all the love and support of me and his family. We will do everything we can to see him through this time.

Regards,


Gary S. Frakes

Honorable Judge Lungstrum

My brother, Casey is coming up in front of you for his sentencing. I would hope you would take in consideration a few things before deciding his fate. Casey hasn't been in trouble. The work he has done with kids. His family and the effect it has on them. Especially the changing winds in the laws of this type of crime.

Casey hasn't been in trouble before, so any long length of prison time would be unjust. Not only would it not make society any safer, but I believe it would do Casey more harm than good. Prison systems are set up to rehabilitate people, not make them worse. I am afraid that when Casey comes back to us, any long time locked up would only harden his soul and frustrate him. I pray that he allows God to stay in his heart and help him to continue being strong. Casey has handled this much better than I could have.

As my brother has had a lot of jobs he has done all that he could to do his best. I have been lucky enough to be able to work with my brother at Snow Creek. If not familiar with what Snow Creek is, just look at the first name for the first clue. This is a place with people, organizations and families come to ski, snowboard, and tube. I highly encourage you to go. Myself and Casey have dealt with many families. Casey has always been great with them. Never a complaint has been filed. Special Olympics come to the area every year. I have seen Casey interact with all the kids. The parents were all grateful for the job he done in bringing smiles to the faces of their children. To glow on the snow and every other org. that has come through Snow Creek, all have had nothing but good things to say about him. Casey has treated the kids just as he would his own niece. Which he loves very much.

If Casey but go to prison, please take in account his family as other things. For if Casey is part of the system also will his family be. His family will be taken advantage of and victims. Casey if smart so if you could recommend a facility with many programs. This I believe would be beneficial to Casey. Hope any place he goes is safe. Casey would not be a problem in prison and should be classified as a low risk offender. I know he would do his best to stay out of the bad mixes inside.

Please do the best you can for Casey. When he gets out, life will be hard enough for him. Branded for life Casey will never be able to escape this. A punishment for life. I can only think at this time that no man is perfect. We are all sinners in God's eyes. So let no man throw stones unless he thinks himself perfect.

I ask that you use your experience and discretion as best possible. The laws and classifications penalties for this type of crime are changing daily. First the laws are too

soft and now the extreme has happened. Just as with drug laws, I believe things will finally settle in the right spot. As they stay, the punishment should fit the crime.

Sincerely

Jason P. Frakes

Tuesday September 15, 2009

To the Honorable Judge Lungstrum,

My name is Kimberly A. Smith. I am writing to you in regards to the Casey Frakes sentencing. I worked with Casey at Snow Creek Ski Resort in Weston for the 2007-2008 and 2008-2009 ski seasons. I didn't talk with him much the first season but the second season I talked with him more frequently. My son Andrew was a coworker of Casey's. They worked getting things ready for the up coming season. Andrew started the 2008-2009 season but was let go. Casey would call Andrew and try to get him to come to work but Andrew wouldn't listen. I will never forget the first day Snow Creek opened and Andrew wasn't there. I asked Casey where Andrew was and he told me Andrew was let go for not showing up to work. I could tell Casey felt really bad telling me that but there wasn't anything he could do. I would take breaks with Casey now and then and he would always ask what Andrew was up to. He asked if Andrew still had his phone because he would try to call and he never answered. I felt Casey was a good responsible person for Andrew to look up to. I have three children of my own. Andrew is the youngest and my challenge child. He is very bull headed. If I try tell or ask him something, out of concern for his wellbeing, and he wouldn't respond I would have his older sister or brother talk to him for me. I also had Casey to talk to Andrew about maybe him trying to get his job back at Snow Creek, which Casey did. I figured Andrew may listen to Casey, as a friend, better than a family member. In my eyes I see Casey as a good, level headed person that deserves a second chance.

Sincerely,

*Kimberly A. Smith*
Kimberly A. Smith
1207 ½ South 7th
Atchison, KS  66002

To The Honorable Judge Lungstrum,

I appreciate this opportunity to speak with you concerning Casey.

He has made a bad choice that has landed him in this position. Do I think he has learned anything from it? Absolutely! After writing Casey and visiting him, I think he has realized what he did was wrong and didn't bring him the enjoyment or gratification he thought.

I suppose when you put anyone in confinement, they will usually reflect and put things in perspective and I believe Casey has done that. He's never been in trouble before, made bad choices - yes, but nothing like this.

I am asking for some leniency for Casey as I believe his time thus far in confinement has made him realize a lot about himself and how precious life and freedom is.

He has a very supportive family ready to help him put his life back on track after he pays his debt to society. Please consider a lesser time than the max that will allow his family to do so.

Thank You.

Sincerely,
Tonya Frakes

September 24, 2009

To The Honorable Judge Lungstrum

Character Reference for Casey L. Frakes

I have known Casey L. Frakes all his life, as I am his Aunt Debbie.

Casey is a very kind and loving individual. His entire life he has been a fun and trustworthy person. He cares deeply and is highly devoted to his family and friends. Casey is a hard working and motivated man.

I have never known Casey to do anything out of character. He has always put his family first. He is a hard working, conscientious, courteous, loving, and gentlemanly. He is a fun-loving and caring Uncle. He would never do anything to hurt anyone, especially a child.

Sincerely,

Deborah R. Sass

Honorable Judge Lungstrum

RE: Casey L. Frakes (ID#12803031)

I have known Casey since he was a young child and I have worked with him for the last several years for three (3) months in the winter. Casey has always treated my husband and me with respect. He has always presented himself in a professional manner around the children and adults that he has worked with to the best of my knowledge. I have never seen or heard him say anything out of the way, or act in any way that would lead me to believe that he is guilty. I find it very difficult to believe that he would/could be involved with Child Pornography; quite frankly I was totally surprised when I read of the charges against him and can't believe it at all, that just doesn't seem like the Casey that I know and have known.

I fail to understand the Atchison Legal System as they seem to slap offenders with more than one charge against them on the wrist and let then go free. I'm not real familiar with Casey's case but it seems that they don't have any conclusive evidence against him (other than the fact that child pornography was found on the computer he was using that several other people use as well).

I find it extremely difficult to believe that Casey is guilty, that just isn't the Casey that I know.

Sincerely,

*Lorraine Coyle*

(Mrs.) Lorraine Coyle
224 North 13th St.
Atchison KS 66002



Honorable Judge Lungstrum

I have known Casey Fraher since his family moved in across the street from us in the '70's, and knew his family from before that. He's the youngest of 3 boys and comes from a good family. He was always a polite young man and never caused any trouble in the neighborhood, went to college and was always respectful & helpful toward me. I have never observed him being inappropriate toward anyone in all the time he has lived here.

With regard,
Darlene S. Dowson
815 St. Joseph
Atchison, Ks

If It Pleases the Court,

Please allow me to introduce myself. My name is Jennifer A. (Frakes) Kiehl. I'm proud to say that I am Casey L. Frakes's aunt. I must admit that I have written this letter of support over and over in my head, a few times on paper too. I need to make sure that I convey to you the Casey Lee that I know. He really is a wonderful man, a wonderful nephew, son, uncle, grandson, brother and cousin. He means so much to so many people!

Casey's dad is my big brother, but I'm closer to my nephews not only in age but on an emotional level. Casey and I just have a special bond. It might come from the fact that we are both the youngest in our immediate families, but it is more than likely just the way God created us.

I understand the charges brought against Casey and the verdict found by the jury, even if I don't agree with it. I did attend the trial and I saw and heard the testimony against Casey. That's simply not my Casey.

I believe the issue at hand is the sentencing. With all of my heart and soul I ask you not to take Casey away from us - those who love him and depend on him. Of course he is a rock for his mom and often a calming influence for his brothers but I need him on a more personal level - my 19 year old daughter Jessica.

I thank God every day for my first husband because of the gift of our daughter Jessica, but he has scarred her for life

His drug and alcohol problem were/are more important to him than his daughter. Casey has been the stabilizing male influence in her life. She can talk to him and she listens to him. She wants Casey Lee to walk her down the aisle when she gets married. Please don't take that away from her. Please be lenient when it is time for you to administer his consequences.

Casey is such a blessing when it comes to dealing with my elderly ailing father - his grandfather. Casey helps my dad maintain his yard. That beautiful yard was my mom's pride and joy! We lost her to cancer in 2004. My dad needs to keep that yard beautiful in memory of my mom. Casey inherited her green thumb. He's great at it! It's a gift he gives to his grandfather in memory of his grandmother. Please don't take that away from any of us.

Now I realize it is not you that would be taking Casey Lee away from us. I understand your job. I'm sure you are a dedicated man. Well, Casey is dedicated too! Stop and think about how hardworking he is. He must be good at what he does because he is always a supervisor or crew leader. I know there have been times he has been unemployed. In this economy too many people have been unemployed. Just think about it, even after he was accused of these crimes, and wearing that fancy government provided ankle bracelet he still went out and found a good job being a leader in the landscaping business. That is testimony in

itself as to his ethics and character. His boss was able to tell what a good man he was just by speaking with him and reviewing his history. Please take that into consideration when you make your sentencing decision.

I know Casey has made mistakes. I know that I have too and he was there for me! He listened to me and help me talk my problems out. I know I would have spiraled down into a deep depression without his support. I've got his back. I'm here to support him always. Please help Casey get his life back. He lost one job over this and had to quit another to serve time in Leavenworth. Please let that time served count towards your sentence and let Casey come home as soon as possible.

Thank you so very much for your time and consideration.

Sincerely,

Jennifer Kiehl